AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ▾

)
)
DOUG LONGHINI )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:20-cv-21532-DPG
)
GABLES PLAZA INVESTORS, INC., )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GABLES PLAZA INVESTORS, INC.
c/o Isaac K. Fisher, Its Registered Agent
4601 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony J. Perez, Esq.
c/o Garcia-Menocal & Perez, P.L.
4937 SW 74th Court, Unit #3
Miami, FL 33155
305-553-3464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 10, 2020

s/ P. Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court