UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21532-DPG

DOUG LONGHINI,

    Plaintiff,

v.

GABLES PLAZA INVESTORS, INC.,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

        Doug Longhini, (Plaintiff)

        Garcia-Menocal & Perez, P.L. (counsel for Plaintiff)

        Alfredo Garcia-Menocal, Esq. (counsel for Plaintiff)

        Alfredo Garcia-Menocal, P.A. (counsel for Plaintiff)

        Anthony J. Perez, Esq. (counsel for Plaintiff)

        Anthony J. Perez, P.A. (counsel for Plaintiff)

        Charles Childers ADA Assistance Group, Inc. (Plaintiff's Expert)

GABLES PLAZA INVESTORS, INC. (Defendant)

SPIRE LAW, LLC (counsel for Defendant)

Jesse I. Unruh, Esq. (counsel for Defendant)

All persons listed in Defendant's Certificate of Interested Parties.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None other than the Defendant.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None, other than the Defendant.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Doug Longhini (Plaintiff)

5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this 22nd day of June, 2020.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, Unit 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: ddunn@lawgmp.com

By: */s/ Anthony J. Perez*_____

ANTHONY J. PEREZ<br>Florida Bar No.: 535451

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record this 22nd day of June, 2020.

Respectfully submitted

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, Unit 3
Miami, FL  33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: ddunn@lawgmp.com

By:  */s/ Anthony J. Perez*
          ANTHONY J. PEREZ
          Florida Bar No.: 535451