UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-21532-DPG

DOUG LONGHINI,

      Plaintiff,
v.

GABLES PLAZA INVESTORS, INC.,

      Defendant.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **May 24, 2021**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, May 19, 2021.** A **Status Conference** will be held at **10:00 a.m. on Wednesday, February 3, 2021.** The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motions to amend the complaint by | August 7, 2020 |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | August 31, 2020 |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | September 21, 2020 |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | October 23, 2020 |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | November 23, 2020 |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | July 15, 2020 |

| | | |
|---|---|---|
| 7. | Fact discovery shall be completed by<br>**[at least five months before Trial date]** | December 14, 2020 |
| 8. | Expert discovery shall be completed by<br>**[at least five months before Trial date]** | December 14, 2020 |
| 9. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by<br>**[at least four months before Trial date]** | January 21, 2021 |
| 10. | Mediation shall be completed by<br>**[at least three months before Trial date]**[1] | February 19, 2021 |
| 11. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by<br>**[at least two months before Trial date]** | March 18, 2021 |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>**[at least one month before Trial date]** | April 19, 2021 |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by<br>**[no later than 48 hours prior to Calendar Call]** | May 17, 2021 |

---

[1] For all actions brought pursuant to the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan, mediation shall occur within ninety days of the Court's entry of the Scheduling Order.

| | |
|---|---|
| By: */s/ Anthony J. Perez* <br> ANTHONY J. PEREZ <br> Florida Bar No.: 535451 <br><br> GARCIA-MENOCAL & PEREZ, P.L. <br> 4937 S.W. 74th Court, Unit #3 <br> Miami, FL 33155 <br> Telephone: (305) 553- 3464 <br> Facsimile: (305)553-3031 <br> Primary Email:  ajperezlaw@gmail.com <br> Secondary Email: ajperez@lawgmp.com <br> ddunn@lawgmp.com <br> *Attorney for Plaintiff* | */s/ Jesse Ian Unruh* <br> JESSE IAN UNRUH <br> Florida Bar No.: 93121 <br><br> SPIRE LAW, LLC <br> 12249 Science Drive <br> Suite 155 <br> Orlando, FL 32826 <br> Telephone: (407) 494-0135 <br> Email: jesse@spirelawfirm.com <br> *Attorney for Defendant* |